**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

---

No. 99-31267

---

ANDRE C. BROUSSARD; ET AL.,

Plaintiffs,

ANDRE C. BROUSSARD; THERESE B. LABRY; HUNTER K. BOUDREAUX;
ROBERT JOHN BROUSSARD,

Plaintiffs-Appellants.

VERSUS

EQUITABLE STORAGE CO.; ET AL.,

Defendants,

EQUITABLE STORAGE CO.,

Defendant-Appellee.

---

Appeal from the United States District Court
For the Western District of Louisiana
(96-CV-2796)

---

September 18, 2000

Before WOOD,* DAVIS and BARKSDALE, Circuit Judges.

PER CURIAM:**

    After reviewing the record and considering the briefs and

---

*Circuit Judge of the Seventh Circuit, sitting by designation.

**Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

argument of counsel, we are persuaded that the district court did not abuse its discretion in dismissing this suit.

AFFIRMED.